ELLA HART, as Sole Administratrix, etc., of JAMES HART, Deceased, Respondent, v. THE LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

JOHN L. HAYES CONSTRUCTION COMPANY, INC., Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs.

PAUL KRCH, Appellant, v. PAUL YANKOWSKI, Respondent.— Judgment affirmed, with costs.   All concurred, except Cochrane and H. T. Kellogg, JJ., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent.   In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by CHARLES KILBOURN, Respondent, v. MILES E. WOODCOCK, Employer, and MARYLAND CASUALTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent.   In the Matter of the Claim of JOHN RYAN, Deceased, ELLA RYAN, Widow, and Others, Respondents, for Compensation under the Workmen's Compensation Law, v. BLUFF POINT STONE COMPANY, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent.   In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by HERMAN KARLIN, Respondent, v. H. KAMBER & Co., INC., Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent.   In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by WALTER SCHREMPP, Respondent, v. NORMA TALMADGE FILM COMPANY, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent.   In the Matter of the Claim of FREDERICK C. GORDON, JR., Respondent, for Compensation under the Workmen's Compensation Law, v. HOLBROOK, CABOT & ROLLINS, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent.   In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made for FLORENCE H. DODD, Widow, on Behalf of Herself and ELVINA HORTON, Step-Daughter, of HARRY M. DODD, Deceased, Respondent, v. 461 EIGHTH AVENUE Co., INC., Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Order affirmed.   All concurred, except John M. Kellogg, P. J., dissenting.